LAURA E. HAYWARD, Bar No. 204014
lhayward@littler.com
ROBERT GEIGER, Bar No. 322914
rgeiger@littler.com
LITTLER MENDELSON, P.C.
333 Bush Street
34th Floor
San Francisco, California 94104
Telephone: 415.433.1940
Fax No.:    415.399.8490

Attorneys for Defendant
FAVORITE HEALTHCARE STAFFING, LLC

*SEE ADDITIONAL COUNSEL ON NEXT PAGE*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAVER STUBBS, an individual,<br><br>        Plaintiff,<br><br>    v.<br><br>FAVORITE HEALTHCARE STAFFING, LLC, a limited liability company; and DOES 1-100, inclusive,<br><br>        Defendants. | Case No. 2:22-cv-09052-SVW-MAA<br><br>**JOINT STATEMENT RE SETTLEMENT**<br><br><br>Complaint Filed: October 31, 2022<br>Trial Date: None Set |

LITTLER MENDELSON, P.C.
333 Bush Street
34th Floor
San Francisco, CA 94104
415.433.1940

CASE NO. 2:22-CV-09052-SVW-MAA            JOINT STATEMENT RE SETTLEMENT

1  W. ZEV ABRAMSON, Esq. # 289387
2  BARUCH Y. KREIMAN, Esq. # 306328
   NISSIM LEVIN, Esq.# 306376
3  ABRAMSON LABOR GROUP
4  11846 Ventura Boulevard, Suite 100
   Studio City, California 91604
5  Tel: (213) 493-6300
6  Fax: (213) 382-4083

7  Attorneys for Plaintiff,
8  JAVER STUBBS

LITTLER MENDELSON, P.C.
333 Bush Street
34th Floor
San Francisco, CA 94104
415.433.1940

CASE NO.  2:22-CV-09052-SVW-MAA                         JOINT STATEMENT RE SETTLEMENT

TO ALL PARTIES AND THE COURT:

    Plaintiff Javer Stubbs and Defendant Favorite Healthcare Staffing, LLC (the "Parties") respectfully inform the Court that they have settled this matter. The Parties and their counsel are preparing a written settlement agreement. Plaintiff anticipates filing a request for dismissal with prejudice within 60 days from the date of this joint statement.

Dated:  February 13, 2023                    LITTLER MENDELSON, P.C.

*/s/ Robert Geiger*
LAURA E. HAYWARD
ROBERT GEIGER

Attorneys for Defendant
FAVORITE HEALTHCARE STAFFING, LLC

Dated:  February 13, 2023                    ABRAMSON LABOR GROUP

*/s/ Baruch Y. Kreiman*
W. ZEV ABRAMSON
BARUCH Y. KREIMAN
NISSIM LEVIN, ESQ.
ABRAMSON LABOR GROUP

Attorneys for Plaintiff
JAVER STUBBS

4895-6649-5056.1 / 062487-1099

LITTLER MENDELSON, P.C.
Attorneys at Law
333 Bush Street
34th Floor
San Francisco, CA 94104
415.433.1940

CASE NO.  2:22-CV-09052-SVW-MAA      1.      JOINT STATEMENT RE SETTLEMENT